No. 92–407. MURPHY ET AL. *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 92–453. MAZUR ET AL. *v.* MERCK & CO., INC. C. A. 3d Cir. Certiorari denied.

No. 92–465. LINDAMAN *v.* IOWA. Ct. App. Iowa. Certiorari denied.

No. 92–468. PERRY *v.* EASTMAN KODAK CO. C. A. 7th Cir. Certiorari denied.

No. 92–469. LOAGUE *v.* SUPER SAGLESS CORP. C. A. 5th Cir. Certiorari denied.

No. 92–471. MALONE SERVICE CO. ET AL. *v.* TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 92–474. SHARP ET AL. *v.* UNITED AIRLINES, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–481. WILLIAMS *v.* EAGLE-PICHER INDUSTRIES, INC. C. A. 10th Cir. Certiorari denied.

No. 92–483. ASAM *v.* CITY OF TUSCALOOSA ET AL. Ct. Civ. App. Ala. Certiorari denied.

No. 92–488. SEEFELD *v.* OLSEN ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–489. SAKARIA *v.* ALLSTATE LIFE INSURANCE CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–490. ARIZONA *v.* PETERSON. Ct. App. Ariz. Certiorari denied.

No. 92–493. LIPWORTH, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LIPWORTH *v.* KAWASAKI MOTORS CORP., U. S. A., ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 92–497. BABCOCK & WILCOX CO. *v.* INTERNATIONAL INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.